

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANIEL RICHARD USREY,

          Petitioner,          Case Number: 2:09-CV-14922

v.                                    HON. ARTHUR J. TARNOW

MICHIGAN PAROLE BOARD,

          Respondent.
_____/

## JUDGMENT

IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated January 29, 2010, this cause of action is DISMISSED.

Dated at Detroit, Michigan this 29th day of January, 2010.

                                      DAVID J. WEAVER
                                      CLERK OF THE COURT

                   BY:    s/Catherine A. Pickles

APPROVED:


s/Arthur J. Tarnow
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE